UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1150
(3:24-cv-00030-JHY-JCH)
_____

THOMAS NAVARRO; JAMES GIORGIO; NINA SHAFFER

       Plaintiffs - Appellants

v.

UNITED STATES CENTER FOR SAFESPORT; UNITED STATES OLYMPIC &
PARALYMPIC COMMITTEE; UNITED STATES EQUESTRIAN FEDERATION, INC.

       Defendants - Appellees

and

UNITED STATES OF AMERICA

       Intervenor

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested

a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Thacker, and Judge

Berner.

       For the Court

       /s/ Nwamaka Anowi, Clerk